UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 93CR0124-IEG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL OF INDICTMENT AND TO RECALL ARREST WARRANT AS TO JOSE FRANCISCO TIRADO-SANCHEZ |
| v. | ) | |
| JOSE FRANCISCO TIRADO-SANCHEZ (1), aka "McCloud," aka Jose L. Ferreria, | ) | |
| Defendant. | ) | |

Upon application of the United States of America, and good cause appearing,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant JOSE FRANCISCO TIRADO-SANCHEZ, be dismissed and the arrest warrant recalled.

**DATED: March 16, 2009**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**